United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN C. VOUDOURIS, | CASE NO. 5:11-cv-05726 EJD |
| Plaintiff(s), | **ORDER VACATING INTERIM CASE MANAGEMENT CONFERENCE** |
| v. | |
| TOMY INCORPORATED, et. al., | |
| Defendant(s). | |

Having reviewed the Case Management Statement filed by Defendant Pyramid Orthodontics, Inc. (see Docket Item No. 27), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the conference scheduled for December 14, 2012, is VACATED. The parties are ordered to comply with the deadlines contained in the scheduling order filed June 7, 2012. See Docket Item No. 24.

**IT IS SO ORDERED.**

Dated: December 12, 2012

EDWARD J. DAVILA
United States District Judge