UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C VOUDOURIS,<br><br>  Plaintiff,<br><br>  v.<br><br>TOMY INCORPORATED, et al.,<br><br>  Defendants. | Case No. 11-cv-05726-JST<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH A COURT ORDER**<br><br>Re: ECF No. 34 |

On March 21, 2013, the parties stated on the record that they have settled this action. See ECF No. 33.  The Court ordered the parties to file by May 6, 2013, a stipulation of dismissal or a one-page joint statement explaining why they failed to file such a stipulation.  ECF No. 34.  As of the date of this Order, the parties have not filed a stipulation of dismissal or a joint statement.  Accordingly, the Court orders the parties and their counsel to appear in person on May 28, 2013, at 2:00 p.m. to explain why they should not be sanctioned for failure to comply with the Court's order.  Counsel are directed not to request to appear by telephone.  On or before May 17, 2013, the parties may file a stipulation of dismissal, in which case the hearing scheduled for May 28 will be vacated.

**IT IS SO ORDERED**.

Dated: May 13, 2013

_____
JON S. TIGAR
United States District Judge