UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. VOUDOURIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOMY INCORPORATED,<br><br>and<br><br>PYRAMID ORTHODONTICS, INC.,<br><br>　　　　Defendants. | Case No. 11-cv-05726-JST<br><br>[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>Judge:　　　Hon. Jon S. Tigar<br>Complaint Filed: November 30, 2011<br>Trial Date:　　None Set |

　　The Court, having considered Plaintiff John C. Voudouris's Notice of Voluntary Dismissal, and good cause appearing,

　　IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice as to Plaintiff John C. Voudouris's claims against Defendant Tomy Incorporated.

　　IT IS SO ORDERED.

Dated: ____May 15____, 2013　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Jon S. Tigar
　　　　　　　　　　　　　　　　　　　United States District Judge