# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JOHN C. VOUDOURIS,

    Plaintiff,

v.

TOMY INCORPORATED,

and

PYRAMID ORTHODONTICS, INC.,

    Defendants.

Case No. 11-cv-05726-JST

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Judge: Hon. Jon S. Tigar
Complaint Filed: November 30, 2011
Trial Date: None Set

    The Court, having considered the parties' Joint Stipulation of Dismissal With Prejudice, and good cause appearing,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice as to Plaintiff John C. Voudouris's claims against Defendant Pyramid Orthodontics, Inc., with each party to bear its own attorneys' fees and costs.

    IT IS SO ORDERED.

Dated: \_\_\_May 15\_\_\_, 2013      _____
                                                          The Honorable Jon S. Tigar
                                                          United States District Judge