UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. VOUDOURIS,<br><br>          Plaintiff,<br><br>     v.<br><br>TOMY INCORPORATED,<br><br>and<br><br>PYRAMID ORTHODONTICS, INC.,<br><br>          Defendants. | Case No. 11-cv-05726-JST<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge:          Hon. Jon S. Tigar<br>Complaint Filed:   November 30, 2011<br>Trial Date:       None Set |

The Court, having considered the parties' Joint Stipulation of Dismissal With Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice as to Plaintiff John C. Voudouris's claims against Defendant Pyramid Orthodontics, Inc., with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  ____May 15____, 2013    _____
                              The Honorable Jon S. Tigar
                              United States District Judge

3